1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                           OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,           )   No. CR-12-00228 SBA
14                                     )
          Plaintiff,                   )   STIPULATED REQUEST TO RESET
15                                     )   STATUS HEARING DATE BEFORE THE
       v.                              )   MAGISTRATE COURT ON JUNE 26,
16                                     )   2012 AND TO EXCLUDE TIME UNDER
                                       )   THE SPEEDY TRIAL ACT AND
17 KHA MINH DANG and                   )   [PROPOSED] ORDER
   AARON BOUNGNARITH                   )
18                                     )   Hearing Date: May 22, 2012
                                       )   Time:         10:00 a.m.
19        Defendants.                  )
                                       )   **The Honorable Donna M. Ryu**
20 _____       )

21
        The above-captioned matter is set on May 22, 2012 before the Honorable Saundra Brown
22
   Armstrong for a status hearing. The parties jointly request that the Court continue the matter to
23
   June 26, 2012, at 9:30 a.m., before the sitting magistrate judge, and that the Court exclude time
24
   under the Speedy Trial Act, 18 U.S.C. § 3161, between May 22, 2012 and June 26, 2012, so that
25
   the defense can have additional time to review and assess the discovery and to investigate this
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-0228 SBA

1  case.

2  On April 3, 2012, a grand jury charged defendants with conspiracy to distribute and to
3  possess with intent to distribute MDMA, possession with intent to distribute MDMA and
4  possession with intent to distribute methamphetamine.  The defendants face a maximum sentence
5  of life imprisonment and a ten-year mandatory minimum.   Mr. Dang is in currently custody and
6  Mr. Boungnarith was released on bond.

7  The defendants have requested this continuance to give defense counsel additional time to
8  review the discovery that the government has already produced.  Additionally, the defense plans
9  to request additional discovery from the government.  The defense also need time to investigate
10 this case and to research and calculate the sentencing Guidelines.  For these reasons, the parties
11 agree that it is appropriate to continue this case until June 26, 2012.

12 The parties further stipulate and agree that the ends of justice served by this continuance
13 outweigh the best interest of the public and the defendants in a speedy trial, and that the failure to
14 grant this continuance would unreasonably deny counsel for defendants the reasonable time
15 necessary for effective preparation, taking into account the exercise of due diligence.
16 Accordingly, the parties agree that the period of time from May 22, 2012 until June 26, 2012,
17 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
18 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-0228 SBA                   2

1 | exercise of due diligence.

2

3 | DATED: May 17, 2012                     /S/
4 |                                          AARON D. WEGNER
                                             Assistant United States Attorney

5
6 | DATED: May 17, 2012                     /S/
                                             CAMELLIA BARAY
7 |                                          Counsel for Aaron Boungnarith

8 | DATED: May 17, 2012                     /S/
                                             PHILIP SCHNAYERSON
9 |                                          Counsel for Kha Dang

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the government produced discovery and that the defense needs additional time to review the discovery;

2. Given that the defense plans to request additional discovery;

3. Given that the defense needs time to investigate this case and to calculate the sentencing Guidelines;

4. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of May 22, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset before the sitting magistrate judge on June 26, 2012, at 9:30 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 22, 2012 until June 26, 2012.

May 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge