MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00228 SBA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v. ) | |
| KHA MINH DANG and ) AARON BOUNGNARITH ) | |
|     Defendants. ) | |

On June 26, 2012, the parties appeared before Magistrate Judge Kandis Westmore for a status conference. In order to allow defense counsel to complete discovery review, the parties jointly requested that the Court continue the matter to August 21, 2012, at 9:30 a.m., before the sitting magistrate judge, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between June 26, 2012 and August 21, 2012.

Stip. Req. to Exclude Time, No. CR-12-0228-SBA

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 26, 2012 to August 21, 2012.  The parties agree, and the Court finds and holds, as follows:

    1. Defense counsel believes that the exclusion of time is in the best interest of their clients.

    2. The defendants agree to an exclusion of time under the Speedy Trial Act from June 26, 2012 through August 21, 2012, based upon the need for effective preparation of counsel; specifically, to provide defense counsel with an opportunity to continue discovery review.  The exclusion is also necessary for continuity of counsel since the Court recently granted Philip Schnayerson's motion to be attorney of record for defendant Dang.  The defendants agrees to this exclusion on the condition that their right to bring motions claiming Speedy Trial Act violations prior to June 26, 2012, shall remain preserved.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 26, 2012 through August 21, 2012 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    4. Accordingly, and with the consent of the defendant, the Court orders that the period from June 26, 2012 through August 21, 2012 , shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: July 2, 2012                               /S/
                                                     AARON D. WEGNER
                                                    Assistant United States Attorney

1  DATED: July 2, 2012                              /S/
                                                 CAMELLIA BARAY
2                                                Counsel for Aaron Bougnarith

3

4  DATED: July 2, 2012                              /S/
                                                 PHILIP SCHNAYERSON
5                                                Counsel for Kha Dang

6  IT IS SO ORDERED.

7
   July 2, 2012
8                                                _____
                                                 ~~DONNA M. RYU~~   KANDIS WESTMORE
9                                                United States Magistrate Judge

Stip. Req. to Exclude Time, No. CR-12-0228-SBA                 3