MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER  (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

FILED

AUG 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KHA MINH DANG and<br>AARON BOUNGNARITH<br><br>    Defendants. | No. CR-12-00228 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME UNDER<br>THE SPEEDY TRIAL ACT |

    On August 21, 2012, the parties appeared before Magistrate Judge Kandis Westmore for a status conference.  In order to allow defense counsel to complete discovery review, the parties jointly requested that the Court continue the matter to September 18, 2012, at 9:30 a.m., before the sitting magistrate judge, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between August 21, 2012 and September 18, 2012.

Stip. Req. to Exclude Time, No. CR-12-0228-
SBA

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 21, 2012 to September 18, 2012. The parties agree, and the Court finds and holds, as follows:

1. Defense counsel believes that the exclusion of time is in the best interest of their clients.

2. The defendants agree to an exclusion of time under the Speedy Trial Act from August 21, 2012 to September 18, 2012, based upon the need for effective preparation of counsel; specifically, to provide defense counsel with an opportunity to continue discovery review. The defendants agrees to this exclusion on the condition that their right to bring motions claiming Speedy Trial Act violations prior to August 21, 2012, shall remain preserved.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 21, 2012 to September 18, 2012 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from August 21, 2012 to September 18, 2012, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: August 29, 2012
/S/
AARON D. WEGNER
Assistant United States Attorney

DATED: August 29, 2012
/S/
CAMELLIA BARAY
Counsel for Aaron Boungnarith

1 | DATED: August 29, 2012

/S/
PHILIP SCHNAYERSON
Counsel for Kha Dang

3 | IT IS SO ORDERED.

August 30, 2012

KANDIS A. WESTMORE
United States Magistrate Judge

Stip. Req. to Exclude Time, No. CR-12-0228-SBA       3