1 MELINDA HAAG (CABN 132612)
United States Attorney
2
MIRANDA KANE (CABN 150630)
3 Chief, Criminal Division

4 AARON D. WEGNER (CABN 243809)
Assistant United States Attorney
5
    450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
    Telephone: (415) 436-7200
7     Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov
8
Attorneys for the United States
9

10
UNITED STATES DISTRICT COURT
11
NORTHERN DISTRICT OF CALIFORNIA
12
OAKLAND DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00228 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO EXCLUDE TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT AND |
| ) | SETTING STATUS CONFERENCE ON |
| ) | NOVEMBER 28, 2012 |
| KHA MINH DANG and ) | |
| AARON BOUNGNARITH ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

21

22     The parties are scheduled to appear before Magistrate Judge Kandis Westmore for a

23 status conference on October 30, 2012. On October 5, 2012, Judge Wilken signed an order

24 permitted the retesting of the drugs in this case. The DEA laboratory has not yet provided a drug

25 sample to the chemist hired by the defense, but the government expects that will happen in the

26 next week. Once the drugs are retested by the defense chemist, it will take further time for a

Stip. Req. to Exclude Time, No. CR-12-0228-
SBA

1  report to be generated. In order to allow for the retesting process to be completed, the parties are
2  jointly requesting that the Court continue the status conference in this case to November 28,
3  2012, at 9:30 a.m., before the sitting magistrate judge, and that the Court exclude time under the
4  Speedy Trial Act, 18 U.S.C. § 3161, between October 30, 2012 and November 28, 2012.

5       With the agreement of the parties, and with the consent of the defendants, the Court
6  enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.
7  § 3161(b), from October 30, 2012 and November 28, 2012. The parties agree, and the Court
8  finds and holds, as follows:

9       1. Defense counsel believes that the exclusion of time is in the best interest of their
10 clients.

11      2. The defendants agree to an exclusion of time under the Speedy Trial Act from
12 October 30, 2012 and November 28, 2012, based upon the need for effective preparation of
13 counsel; specifically, to provide the defense an opportunity to retest the drugs in the case. The
14 defendants agrees to this exclusion on the condition that their right to bring motions claiming
15 Speedy Trial Act violations prior to October 30, 2012, shall remain preserved.

16      3. Given these circumstances, the Court finds that the ends of justice served by excluding
17 the period from October 30, 2012 and November 28, 2012, outweigh the best interest of the
18 public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

19      4. Accordingly, and with the consent of the defendant, the Court orders that the period
20 from October 30, 2012 and November 28, 2012, shall be excluded from Speedy Trial Act
21 calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

22      5. The status conference in this matter is moved to November 28, 2012, at 9:30 a.m.
23 ///
24 ///
25 ///
26 ///

Stip. Req. to Exclude Time, No. CR-12-0228-SBA     2

in front of the duty magistrate judge.

IT IS SO STIPULATED:

DATED: October 22, 2012            /S/
AARON D. WEGNER
Assistant United States Attorney

DATED: October 22, 2012            /S/
CAMELLIA BARAY
Counsel for Aaron Boungnarith

DATED: October 22, 2012            /S/
PHILIP SCHNAYERSON
Counsel for Kha Dang

IT IS SO ORDERED.

October 22, 2012            _____
KANDIS A. WESTMORE
United States Magistrate Judge

Stip. Req. to Exclude Time, No. CR-12-0228-SBA      3