PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
KHA DANG

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,        ) | |
| ) | CASE NO. CR-12-00228 SBA |
| Plaintiffs,        ) | |
| ) | STIPULATION AND ORDER |
| vs.        ) | CONTINUING THE |
| ) | STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| KHA DANG and        ) | |
| AARON BOUNGNARITH        ) | |
| ) | |
| Defendants.        ) | |
| _____        ) | |

The parties are scheduled to appear before Magistrate Judge Ryu for status conference on February 12, 2013. All parties hereby stipulate and request the Court to continue the status conference to February 19, 2013.  The parties further stipulate that the time period from February 12, 2013, up to and including the new status conference date of February 19, 2013, should be excluded from computation of time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME.
 U.S. v. KHA DANG CR-12-00228 SBA

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv).

IT IS SO STIPULATED:

DATED:      January 16, 2013          Respectfully submitted,

                                      _____/S/_____
                                      PHILIP A. SCHNAYERSON
                                      Attorney for Defendant
                                      KHA DANG

DATED:      January 16, 2013

                                      _____/S/_____
                                      ADAM PENNELLA
                                      Attorney for Aaron Boungarith

DATED:      January 16, 2013

                                      _____/S/_____
                                      AARON D. WEGNER
                                      Assistant United States Attorney

**ORDER**

Based on the representations and stipulation of counsel, **IT IS HEREBY ORDERED THAT** :

1. The status conference set for February 12, 2013, at 9:30 a.m. is vacated;

2. A status conference is set for February 19, 2013, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 12, 2013, up to and including February 19, 2013.

DATED: 1/17/2013

                                      _____
                                      DONNA M. RYU
                                      United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME.

U.S. v. KHA DANG CR-12-00228 SBA