MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> AARON BOUNGNARITH, ) <br> ) <br>     Defendant. ) <br> ) <br>                                     ) | No. CR 12-00228 SBA <br><br> **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

      To the Honorable Kandis A. Westmore, United States Magistrate Judge for the United States District Court for the Northern District of California:

      The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner AARON BOUNGNARITH.

      The defendant AARON BOUNGNARITH's presence is required because he is a

///

///

WRIT AD PROSEQUENDUM
NO. CR 12-00228 SBA

1  defendant in this case.  His place of custody and jailor are set forth in the following writ.

4  DATED: July 2, 2013              Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney


                                    _____/s_____
                                    AARON D. WEGNER
                                    Assistant U.S. Attorney


11 IT IS SO ORDERED.

12 DATED: July __2__, 2013


                                    _____Kandis Westmore_____
                                    HON. KANDIS A. WESTMORE
                                    United States Magistrate Judge

WRIT AD PROSEQUENDUM
NO. CR 12-00228 SBA                 2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To Donald O'Keefe, United States Marshal for the Northern District of California; any of his authorized deputies; and Jailor or Warden of:

Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

**GREETINGS**

The prisoner AARON BOUNGNARITH, PFN# BDW175, is now in custody in the above-referenced institution. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 1301 Clay St., Oakland, California 94612. Accordingly,

WE COMMAND that you produce the prisoner in this Court FORTHWITH. You shall bring him to the United States Courthouse located at 1301 Clay St., Oakland, California, for an interview at the U.S. Attorney's Office on July 10, 2013. You shall produce the prisoner at all times necessary until the termination of interview. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Kandis A. Westmore, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: July __3__, 2013         CLERK
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

                                _____
                                DEPUTY CLERK

WRIT AD PROSEQUENDUM
NO. CR 12-00228 SBA